UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INDUCTION TECHNOLOGIES, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KBK, INC., a New York corporation and DOES 1 through 25, inclusive,<br><br>　　　　　Defendant. | No. SACV11-00350 JAK (RNBx)<br><br>**AMENDED DEFAULT JUDGMENT AGAINST SHANGHAI HONGYUAN LIGHTING & ELECTRIC EQIPMENT CO., LTD.** |
| KBK, INC., a New York corporation,<br>　　　　　Third-Party Plaintiff,<br>　　v.<br>ADAPTIVE ENERGY SYSTEMS, INC., a California corporation,<br><br>　　　　　Third-Party Defendant. | |
| KBK, INC., a New York corporation,<br>　　　　　Third-Party Plaintiff,<br>　　v.<br>SHANGHAI HONGYUAN LIGHTING & ELECTRIC EQUIPMENT CO., LTD., a Chinese company,<br>　　　　　Third-Party Defendant. | |

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, third-party plaintiff and counter-defendant KBK, Inc. ("KBK") filed a motion for entry of a default judgment against third-party defendant and counterclaimant Shanghai Hongyuan Lighting & Electric Equipment Co., Ltd. ("Hongyuan") on KBK's Third-Party Complaint against Hongyuan, which Third-Party Complaint was filed in this action on September 22, 2011 as Docket No. 43, and duly served on Hongyuan thereafter pursuant to the Hague Convention on February 1, 2012. Following service of the Third-Party Complaint on Hongyuan, Hongyuan appeared in this action, and it filed its Answer and Counterclaims on May 1, 2012. Default was entered against Hongyuan on February 4, 2013. On May 15, 2013, following the initial hearing on the motion for default judgment, this Court granted KBK's motion for default judgment against Hongyuan with the precise amount of the judgment to be determined following KBK's submission of supplemental materials described in that Order. KBK timely filed its supplemental materials on June 4, 2013, and this Court held the continued hearing on the motion for default judgment on June 17, 2013.

Default having been entered against Hongyuan and having considered the motion and supplemental materials submitted by KBK, judgment is hereby entered as follows:

1. Hongyuan to pay KBK its damages and prejudgment interest through the date of entry of this Judgment in a total judgment amount of **$5,626,779.41**, which is calculated as follows:

(a) KBK's damages totaling $6,115,341.56, plus prejudgment interest from the date on which the Third-Party Complaint was filed or on which each item of damage was paid by KBK, whichever came later, through February 22, 2013, for a subtotal amount of $6,740,219.19.

(b) The reduction of this subtotal amount of $6,740,219.19 by an offset in the amount of $1,288,203.04 to account for the net recovery obtained on

A/75455985.3/0776938-0000354161

1  February 22, 2013 by KBK, in an action filed by KBK, for a subtotal amount of
2  $5,452,016.15 through February 22, 2013.
3            (c) The accrual of $174,763.26 in interest on the subtotal amount of
4  $5,452,016.15 from February 23, 2013 through the date of this judgment, for a
5  total judgment amount of $5,626,779.41.
6       2.   The total judgment amount shall accrue post-judgment interest
7  pursuant to 28 U.S.C. § 1961.
8       3.   Hongyuan's Counterclaims (which were filed on May 1, 2012 as
9  Docket No. 229) are hereby dismissed with prejudice, and Hongyuan shall take
10 nothing from its Counterclaims.

12       IT IS SO ORDERED.

14 DATED: June 20, 2013          _____
                                 Hon. John A. Kronstadt
15                               Judge of the United States District Court,
                                 Central District of California